# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UVALDO BLAS MALDONADO-ALARCON,<br><br>*AKA*: BIAS MALDONADO-ALARCON, BLAS MALDONADO-ALARCON, UVALDO MALDONADO-ALARCON, BLAS UVALDO MALDONADO-ALARCON,<br><br>Defendant. | Case No. 2:14-cr-00150-BLW<br><br>**REPORT AND RECOMMENDATION**<br><br>**And**<br><br>**ORDER OF DETENTION** |

On December 11, 2014, Defendant Uvaldo Blas Maldonado-Alarcon appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to his Notice of Intent to Enter a Plea of Guilty (Dkt. 40). The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the applicable Indictment (Dkt. 3), the maximum penalties applicable, his Constitutional rights, and the impact that the Sentencing Guidelines will have.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds that there is a factual basis for the

Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

In addition, upon the Government's request that Defendant be detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(1), the undersigned advised Defendant of his right to contest detention at this time. Both counsel for the Defendant and Defendant personally indicated that he was knowingly and voluntarily waiving his right to request release pending sentencing. Accordingly, the undersigned ordered, and this **hereby orders**, that Defendant shall be detained in the custody of the United States Marshal, without prejudice, pending imposition of sentence.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED** that The District Court accept Defendant Uvaldo Blas Maldonado-Alarcon's plea of guilty to Count One of the Indictment (Dkt. 3).

DATED: December 11, 2014

_____
CANDY WAGAHOFF DALE
CHIEF U.S. MAGISTRATE JUDGE